# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 00-2857EA

_____

| | | |
|---|---|---|
| Marsett Stevenson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | On Appeal from the United |
| v. | * | States District Court |
| | * | for the Eastern District |
| Alan Bartlo, in his individual and | * | of Arkansas. |
| official capacity; Chris Witter, in his | * | |
| individual and official capacity; Mike | * | [Not To Be Published] |
| Holmes, in his individual and official | * | |
| capacity, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: April 26, 2001

Filed: May 7, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

Marsett Stevenson brought an employment discrimination action. After defendants reminded Stevenson three times of the date chosen for his deposition, he failed to appear for the deposition. Defendants moved to dismiss the complaint as a

sanction; Stevenson did not respond. The District Court[1] then ordered Stevenson to pay the costs of the deposition within fifteen days or suffer dismissal. When that period passed without Stevenson's payment or response, the Court dismissed the case with prejudice. Stevenson appeals. We conclude the District Court did not abuse its discretion in dismissing Stevenson's complaint. See Fed. R. Civ. P. 37(d); Schoffstall v. Henderson, 223 F.3d 818, 823 (8th Cir. 2000) (standard of review); Aziz v. Wright, 43 F.3d 587, 589 (8th Cir. 1994) (Rule 37(d) authorizes dismissal if party fails to appear for his deposition), cert. denied, 513 U.S. 1090 (1995).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.